# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Martha Adamsen,  Plaintiff | Case No. **3:16-cv-00790-RNC**  CIVIL ACTION |
| v. | |
| LTD Financial Services, LP,  Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 7, 2016

Respectfully Submitted,
*/s/Yaakov Saks*
Yaakov Saks, Esq.
**RC Law Group, PLLC**
285 Passaic Street
Hackensack, NJ 07601
ysaks@rclawgroup.com
Tel. 201-282-6500 ext. 101
Fax 201-282-6501
*Attorney for Plaintiff*